UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
MARTINE LACROIX

        -V-

TRANS UNION LLC

-------------------------------------------------X

ORDER
CV09-1741 (JBW)

No objection having been filed, the Magistrate Judge's report is affirmed. The case is dismissed.

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 10/7/09